# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Race–Mart, Inc.

                                    Plaintiff,

v.                                                   Case No.: 1:12–cv–07977
                                                          Honorable John F. Grady

Windycity Auto Suppliers, LLC, et al.

                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, June 21, 2013:

      MINUTE entry before Honorable John F. Grady: Counsel for the plaintiff has informed the court that the plaintiff no longer wishes to pursue a permanent injunction. Therefore, the July 10, 2013 hearing date set for the plaintiff's anticipated motion for a permanent injunction is stricken. This case is dismissed without prejudice with leave to reinstate on or before January 8, 2014. If the plaintiff does not reinstate the case on or before that date, the court will dismiss this case with prejudice. Civil case terminated. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.